UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Nohely SANDOVAL, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF NATIONAL CITY, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 22-cv-1657-GPC-AGS<br><br>**ORDER GRANTING MOTION (ECF 21) AND APPOINTING ROBERT UMANA AS GUARDIAN AD LITEM FOR B.U.** |
|---|---|

　　　Plaintiffs seek to have Robert Umana, minor plaintiff B.U.'s uncle, appointed as a guardian ad litem to represent B.U.'s interests in this lawsuit. (*See* ECF 21.) Under Federal Rule of Civil Procedure 17(c)(2), a federal court has the power and obligation to appoint a special representative for an unrepresented minor plaintiff. *See United States v. 30.64 Acres of Land*, 795 F.2d 796 (9th Cir. 1986). When and how to do so is "normally left to the sound discretion of the trial court." *30.64 Acres of Land*, 795 F.2d at 804 (citation omitted). Here, Robert Umana has agreed to the appointment and indicates he has no "interest potentially adverse" to B.U.'s interest in the litigation. (*See* ECF 21-1, at 2.) Plaintiff Nohely Sandoval, B.U.'s mother, "consent[s]" to Umana's service in this capacity and believes it to be in B.U.'s "best interest[s]]." (*See* ECF 21-3, at 1.) Finally, no party has objected to the appointment of Umana, despite being given an opportunity. (*See* ECF 19.) So, the Court **APPOINTS** Robert Umana as B.U.'s guardian ad litem for the purposes of the instant litigation.

Dated:  March 8, 2023

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Hon. Andrew G. Schopler
　　　　　　　　　　　　　　　　　　United States Magistrate Judge